UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIVERDEEP, INC.,

    Plaintiff,

v.

WILLIAM McIVOR,

    Defendant.
_____/

No. C 05-3001 WDB

ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE

On November 21, 2005, the Court conducted an Initial Case Management Conference in the above-referenced case. For reasons set forth more thoroughly on the record, the Court ORDERS as follows:

1. Except as otherwise stipulated by the parties, formal discovery is STAYED until March 22, 2006. The Court encourages the parties to continue their informal exchange of information and documents.

2. The Court refers this matter to the ADR Department and requests that a neutral mediator with expertise in copyright and trademark law be assigned to conduct a mediation at his or her convenience between **February 22, 2006, and March 22, 2006.**

3. **By April 5, 2006**, the parties must meet and confer and e-file a joint Further Case Management Conference Statement. The statement must, at a minimum, describe any additional discovery the parties propose to conduct, proposed motion practice (if any),

including anticipated dates for any proposed motions, and the parties' preference for the month in which trial should be held.

    4.  **On April 19, 2006, at 1:30 p.m.**, the Court will conduct a telephonic Further Case Management Conference. Plaintiff's counsel must initiate the telephonic conference call, get defense counsel on the line, then call the Court's Conference call line at (510) 637-3326.

    5. The Court will rule on any related case motions if and when such a motion is filed.

Dated: November 28, 2005

                                      WAYNE D. BRAZIL
                                      United States Magistrate Judge

Copies to:

    All parties,
    WDB, Stats, ADR