**PETRIE SCHWARTZ LLP**
Irwin B. Schwartz (#141140)
John V. Komar (# 169662)
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: (408) 947-9099
Facsimile: (408) 947-9001

Counsel for Plaintiff
Riverdeep Inc., LLC

**CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP**
Brenna K. Legaard (pro hac vice)
1600 ODS Tower, 601 S.W. Second Avenue
Portland, Oregon 97204
Telephone: 503-227-5631
Facsimile: 503-228-4373

Attorneys for Defendants
WILLIAM McIVOR, individually and
d/b/a 5DOLLARSOFTWARE.COM,
and d/b/a Software Clearance Outlet,
and d/b/a www.SoftwareOutlet.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INC. LLC, a Delaware limited liability company, | Case No. C05 03001 (WDB) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR MEDIATION HEARING**; **ORDER THEREON** |
| vs. | |
| WILLIAM McIVOR, individually and d/b/a 5DOLLARSOFTWARE.COM, and d/b/a Software Clearance Outlet, and d/b/a www.SoftwareOutlet.com | |
| Defendants. | |

Riverdeep Inc., LLC ("Riverdeep") and William McIvor, individually and d/b/a

5DOLLARSOFTWARE.COM, and d/b/a Software Clearance Outlet, and d/b/a

www.SoftwareOutlet.com, (collectively "Defendants"), by and through their counsel of

record, stipulate as follows:

　　　1.　　In the Order Following Initial Case Management Conference (the "Order"),

the court stayed formal discovery and ordered the parties to complete mediation between

1  February 22, 2006 and March 22, 2006.  The Order further instructed the parties to file a

2  joint further case management statement by April 5, 2006 and to participate in a telephonic

3  further case management conference on April 19, 2006.

4       2.     Since that time, the parties have diligently prepared for a mediation, but have

5  had some trouble finding a date that worked for the parties, counsel, and the mediator.

6  The parties looked even tried to find dates prior to February 22.  But, counsel for plaintiff

7  tried a copyright infringement binding arbitration in late January.  Counsel for Defendants

8  was out of the office for an extended period in February due to a family medical

9  emergency. And, the mediator's availability just never matched the availability of counsel

10  and the parties.

11       3.     The parties have now arranged for a mediation on April 20, 2006, and

12  request that the court modify its Order as follows.

13       a.     The parties shall submit a further Joint Case Management Statement no later

14  than May 3, 2006 and to participate in a telephonic further case management conference

15  on May ~~10,~~ 17 2006 at ~~XXX~~ 2:30 p.m., with plaintiff's counsel to initiate the call as per the

16  instructions in the Order.

17       Dated:  March 10, 2006

18                                PETRIE SCHWARTZ  LLP

19

20                                By:           /s/

21                                        John V. Komar
                                    Attorney for Plaintiff

22                                      Riverdeep Inc., LLC

23

24                                CHERNOFF, VILHAUER, MCCLUNG & STENZEL, LLP

25                                By:           /s/

26                                        Brenna K. Legaard

27                                      Attorneys for Defendants
                                    WILLIAM McIVOR, individually and
                                    d/b/a 5DOLLARSOFTWARE.COM,

28                                      and d/baa Software Clearance Outlet,

1    and d/b/a www.SoftwareOutlet.com

2

3   So Ordered.

4   Dated:  March __10__, 2006



5   Wayne ~~~~~~~~~~~~~~ ate Judge

6   IT IS SO ORDERED
    AS MODIFIED

7   Judge Wayne D. Brazil

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28