**PETRIE SCHWARTZ LLP**
Irwin B. Schwartz (#141140)
John V. Komar (# 169662)
2033 Gateway Place, Suite 500
San Jose, California 95110
Telephone: (408) 947-9099
Facsimile: (408) 947-9001

Counsel for Plaintiff
Riverdeep Inc., LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERDEEP INC. LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br>WILLIAM McIVOR, individually and d/b/a 5DOLLARSOFTWARE.COM, and d/b/a Software Clearance Outlet, and d/b/a www.SoftwareOutlet.com<br><br>Defendants. | Case No. C05 03001 (WDB)<br><br>**Stipulation for Dismissal**<br><br>Hon. Wayne D. Brazil<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED by and between Plaintiff Riverdeep, Inc., LLC ("Riverdeep") and Defendants William McIvor, individually and d/b/a 5DOLLARSOFTWARE.COM, and d/b/a Software Clearance Outlet, and d/b/a www.SoftwareOutlet.com, through their designated counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Date: July 15, 2006

PETRIE SCHWARTZ, LLP

Irwin B. Schwartz
John V. Komar
Counsel for Riverdeep, Inc., LLC

Stipulation for Dismissal

| | | |
|---|---|---|
| 1 | Date: July 13, 2006 | |
| 2 | | |
| 3 | | /s/ Brenna K. Legaard |
| 4 | | Brenna K. Legaard<br>Counsel for William McIvor |
| 5 | SO ORDERED, | |
| 6 | 7/20/06  /s/ Wayne D. Brazil | |
| 7 | _____ | |
| 8 | Hon. Wayne D. Brazil | |

Stipulation for Dismissal

- 2 -